UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS BENNETT,<br><br>Defendant. | Criminal No. 03-361 (JDB) |

### ORDER

Upon consideration of the report and recommendation of Magistrate Judge Kay dated July 29, 2011, the Court's minute order of August 3, 2011, and the entire record herein, it is hereby

ORDERED that the report and recommendation is ADOPTED; and it is further

ORDERED that the conditions of supervised release are modified to include a thirty-day placement in a halfway house; and it is further

ORDERED that defendant's payment of fees shall be waived during placement in sanctioned center (i.e. halfway house).

SO ORDERED.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: August 22, 2011